# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ARISTIDE NOUCHET,

        Plaintiff,

vs.

MANDALAY CORPORATION d/b/a, *et al.*,

        Defendants.

2:16-cv-00712-GMN-CWH

**ORDER**

       Before the court is Defendants' Emergency Motion to Continue Early Neutral Evaluation Session (ECF NO. 12).

       IT IS HEREBY ORDERED that Defendants' Emergency Motion to Continue Early Neutral Evaluation Session (ECF NO. 12) is GRANTED.

       IT IS FURTHER ORDERED that the Early Neutral Evaluation Session is rescheduled to 10:00 a.m., July 21, 2016. Confidential settlement statement is due by noon, July 14, 2016. All else as stated in the Order (ECF NO. 10) scheduling the ENE remains unchanged.

       DATED this 19th day of May, 2016.

                                            CAM FERENBACH
                                            UNITED STATES MAGISTRATE JUDGE