# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ARISTIDE H. NOUCHET,

        Plaintiff,

vs.

MANDALAY CORPORATION,

        Defendant.

2:16-cv-00712-GMN-CWH

**ORDER**

      Before the court is Defendants' Request for Exception from Attendance at Early Neutral Evaluation (ECF No. 23).

      IT IS HEREBY ORDERED that a hearing on Defendants' Request for Exception from Attendance at Early Neutral Evaluation (ECF No. 23) is scheduled for 3:00 p.m., July 18, 2016, in courtroom 3D.

      DATED this 12th day of July, 2016.

                                                            CAM FERENBACH
                                                         UNITED STATES MAGISTRATE JUDGE